UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JODI ELLIOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Miscellaneous Case No. 20-91087-LTS |
| | ) | |
| JAMES JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## FINAL ORDER OF DISMISSAL

In accordance with the Order dated February 18, 2020, dismissing this action for the

reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its

entirety.

Date:   2/18/20

By the Court,

/s/ Maria Simeone
Deputy Clerk